IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA CHAMBERS and JERRY CHAMBERS, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:15-CV-1879-M-BN |
| GREEN TREE SERVICING LLC, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 30, 2016, and Plaintiffs' and Defendant's Objections, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. With respect to Defendant's objections, the Court notes that it is reviewing a Motion to Dismiss, not a Motion for Summary Judgment.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 3d day of November, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE