IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARSHA CHAMBERS, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:15-CV-1879-M-BN |
| GREENTREE SERVICING, LLC., | § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 29, 2016, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and that Plaintiff's motion for leave to file a motion for reconsideration [Dkt. No. 100-1] is denied.

**SO ORDERED** this 4th day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE